# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAVARIS LENELL MOSS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-11-152-R |
| | ) |
| JOSEPH TAYLOR, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary Purcell for preliminary review. On February 17, 2010, Judge Purcell entered a Report and Recommendation wherein he recommended the petition be transferred to the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a), because Petitioner was convicted in the District Court of Tulsa County, which lies within the boundaries of the Northern District, and the two districts have concurrent jurisdiction. On March 1, 2010, Petitioner indicated that he had no objection to the Report and Recommendation. The time for objection by the Respondent have lapsed without objection, the Court hereby adopts the Report and Recommendation and this matter shall be transferred to the Northern District of Oklahoma.

IT IS SO ORDERED this 10th day of March 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE